| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES JOHNSON, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:12-CV-134
§
GENE KROLL, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Johnson, an inmate confined at the Stiles Unit, proceeding *pro se* and *in forma pauperis*, brings this lawsuit pursuant to 42 U.S.C. § 1983 against Gene Kroll, Lance Knod, Demetria Edison, Henry Como, and Olujimi Olvdare.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the defendants' motion to dismiss be granted as to plaintiff's claims for monetary damages against them in their official capacities. Additionally, the Magistrate Judge recommends that the motion to dismiss the complaint as barred by limitations be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that the defendants' motion to dismiss is **GRANTED** as to plaintiff's claims for monetary damages against them in their official capacities. It is further

**ORDERED** that the defendants' motion to dismiss the complaint as barred by limitations is **DENIED**.

SIGNED at Beaumont, Texas, this 10th day of February, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE